**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| Kevin Clifford, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Progressive Financial Services, a )<br>Pennsylvania corporation, )<br>)<br>Defendant. ) | No. 1:09-cv-1151-SEB-DML |

**STIPULATION OF DISMISSAL**

Plaintiff, Kevin Clifford, having reached a settlement with Defendant, hereby stipulates to the dismissal of this lawsuit with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 7, 2009

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457
(708) 974-2900
(708) 974-2907 (FAX)

The foregoing stipulation is hereby approved and this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 12/09/2009

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2009 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.

Peter A. Velde                                  pvelde@k-glaw.com
Kightlinger & Gray, LLP
151 N. Delaware Street
Suite 600
Indianapolis, Indiana 46204

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com